```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
FRANCIS PAUL QUINN, JR., ET AL.,

                Plaintiffs,
                                        20-cv-2666 (JGK)
    - against –
                                        ORDER
CITY OF NEW YORK, ET AL.,

                Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until August 12, 2020. If service is not made by August 12, 2020, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:   New York, New York**
**         July 27, 2020**

                                    /s/ John G. Koeltl
                                    **John G. Koeltl**
                            **United States District Judge**