```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**FRANCIS PAUL QUINN, JR., ET AL.,**

        Plaintiffs,

  - against –

**CITY OF NEW YORK, ET AL.,**

        Defendants.

─────────────────────────────────────

20-cv-2666 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties should file a Rule 26(f) report by August 28, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **August 13, 2020**

                                                /s/ John G. Koeltl
                                             **John G. Koeltl**
                                  **United States District Judge**