```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRANCIS PAUL QUINN, JR. and LORI ANN
QUINN,

                    Plaintiffs,

          - against -

THE CITY OF NEW YORK and THE NEW YORK              ORDER
CITY DEPARTMENT OF TRANSPORTATION,              20 Civ. 2666 (NRB)

                    Defendants.
----------------------------------------X
THE CITY OF NEW YORK and THE NEW YORK CITY
DEPARTMENT OF TRANSPORTATION,

                    Third-Party Plaintiffs,

          - against -

CONSOLIDATED EDISON, INC.,

                    Third-Party Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on March 24, 2022, this Court entered a Memorandum and Order, ECF No. 46, dismissing plaintiffs' complaint with prejudice and requiring plaintiffs' counsel, Joseph Napoli, to show cause why his conduct in prosecuting the above-captioned action did not violate Federal Rule of Civil Procedure 11 or the New York Rules of Professional Conduct; and

**WHEREAS**, on April 4, 2022, plaintiffs appealed the March 24, 2022 Memorandum and Order (the "Appeal"); and

**WHEREAS**, on April 14, 2022, attorneys for Napoli filed a request to stay proceedings against Napoli pending the

determination of that Appeal, ECF No. 52, which this Court denied on April 19, 2022, ECF No. 53; and

**WHEREAS**, on May 9, 2022, Napoli filed papers responding to the March 24, 2022 Memorandum and Order; and

**WHEREAS** this Court now believes it would be prudent to stay the proceedings pending the outcome of the Appeal; it is hereby

**ORDERED** that the proceedings against Joseph Napoli are stayed pending the Second Circuit Court of Appeal's determination of the Appeal.

Dated:   New York, New York
         July 19, 2022

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE