```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FRANCIS PAUL QUINN, JR. and LORI ANN
QUINN,

                Plaintiffs,

      - against -

THE CITY OF NEW YORK and THE NEW YORK              ORDER
CITY DEPARTMENT OF TRANSPORTATION,
                                             20 Civ. 2666 (NRB)
                Defendants.
----------------------------------------X
THE CITY OF NEW YORK and THE NEW YORK CITY
DEPARTMENT OF TRANSPORTATION,

                Third-Party Plaintiffs,

      - against -

CONSOLIDATED EDISON, INC.,

                Third-Party Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Given the Second Circuit's Summary Order of June 9, 2023, ECF No. 61, which mandate was transmitted on July 5, 2023, ECF No. 65, the Order to Show Cause contained in this Court's Memorandum and Order of March 24, 2022, ECF No. 46, is hereby withdrawn.

**SO ORDERED.**

Dated:   New York, New York
         July 10, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE