

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
SPECIAL LITIGATION UNIT
100 CHURCH ST.
NEW YORK, NEW YORK 10007

**ALEXANDRA HASTINGS**
*Senior Counsel*
Tel: (212) 356-7179
Fax: (212) 356-1148
Email: ahasting@law.nyc.gov

October 4, 2023

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York New York 10007

Application to quash or strike plaintiff's Notice to Admit is granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2023
New York, New York

Re:   Francis Quinn, et. al. v. City of New York, et. al.
      Docket No.: 20 CV 2666 (JGK)
      NYC File No.: 2020-017559

Hon. Buchwald:

     My office represents the defendant/third-party plaintiff, the City of New York ("the City"), in the above-entitled action. I submit this letter motion seeking to quash plaintiffs' Notice to Admit, dated September 5, 2023, directed at the City. See Notice to Admit, annexed as Exhibit "A".

     As an initial matter, plaintiffs' counsel did not serve the Notice to Admit addressed to the City on third-party defendant Consolidated Edison Company of New York, Inc. ("Con Edison"), and Con Edison is not named as a recipient in the service list. See Exhibit A.

     Further, plaintiffs served this Notice to Admit in direct violation of Your Honor's Decision, dated August 25, 2023. See Decision, annexed as Exhibit "B". Specifically, this Court held: "[i]t does not appear that additional discovery is necessary before the City files its proposed motion. Should that not be the case, or if any other issue arises that might meaningfully impact plaintiffs ability to respond to the motion, such issue may be raised after the motion has been filed. Therefore, the Court will permit the City to make its motion, and the parties should confer and propose a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of the City's motion to the filing of its reply." See Exhibit B.

- 2 -

As maintained in the City's letter motion and letter reply, dated August 4, 2023 and August 17, 2023, all relevant records have been searched for and exchanged in this matter and the additional discovery that plaintiffs seek is not material or necessary to prosecution of this action. See Docket Entries 69 and 71.  Your Honor has already reviewed plaintiffs' arguments in favor of more disclosure and held that they are not entitled to additional discovery before the City files its motion.  See Exhibit B.

Following from Your Honor's Decision, the City e-mailed plaintiffs' counsel on August 28, 2023 and September 28, 2023 to set forth a briefing schedule for the motion.  See E-mails, annexed as Exhibit "C".  Plaintiffs' counsel never responded to the City's e-mails.

Therefore, for all of the foregoing reasons, the City respectfully requests that the Court quash or strike plaintiffs' Notice to Admit, dated September 5, 2023, as to the City and/or deem it a nullity.  Alternatively, the City requests permission to make a motion for a Protective Order pursuant to Federal Rules of Civil Procedure, Rule 26(c).  Further, the City requests that the Court set a briefing schedule for the City to file its motion for summary judgment.

Respectfully submitted,

/s/ Alexandra Hastings
Alexandra Hastings
Senior Counsel

CC:  **Via ECF**
Napoli Shkolnik
Heidell, Pittoni, Murphy & Bach, LLC

# EXHIBIT A

Case 1:20-cv-02666-NRB   Document 78-1   Filed 10/04/23   Page 1 of 13

| | |
|---|---|
| FRANCIS PAUL QUINN, JR., and LORI ANN QUINN, <br><br> Plaintiffs, <br><br> -against- <br><br> THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, <br><br> Defendants. <br> ———————————————————— <br> THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, <br><br> Third-Party Plaintiff(s) <br><br> -against- <br><br> CONSOLIDATED EDISON, INC., <br><br> Third-Party Defendant(s) | Docket No.: 20-cv-2666 <br><br> **NOTICE TO ADMIT** <br><br> Third-Party Action |

**PLAINTIFFS,** FRANCIS QUINN, JR., and LORI QUINN hereby request that defendants THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, Admit:

1. That THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION performed maintenance or repair work on the south side of 6th Avenue at the intersection with East 53rd Street, State of New York, County of New York at any time between July 3, 2016, through July 3, 2019. See the attached photograph depicting the above referenced area and work.

2. That THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION performed maintenance or repair work on the south side of 6th Avenue at the intersection with East 53rd Street, State of New York, County of New

York at any time between July 3, 2019, through July 3, 2020. See the attached photograph depicting the above referenced area and work.

PLAINTIFFS reserve the right to amend and/or supplement the foregoing disclosures as may become necessary during the course of discovery.

Dated: New York, New York
September 5, 2023

Yours, etc.,

**NAPOLI SHKOLNIK, PLLC**

By: Joseph P. Napoli, Esq.
Attorneys for Plaintiffs
360 Lexington Avenue – 11th Floor
New York, New York 10017-6502
(212) 397-1000

To: **JAMES E. JOHNSON**
Corporation Counsel of the
**CITY OF NEW YORK**
Attorneys for all Defendants
100 Church Street
New York New York 10007
(212) 356-7155



Docket No.: 20-cv-2666
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**FRANCIS PAUL QUINN, JR., and LORI ANN QUINN,**

                        **Plaintiffs,**

    -against-

**THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION.**

                        **Defendants.**

## PLAINTIFF'S NOTICE TO ADMIT

**NAPOLI SHKOLNIK, PLLC.**
*Attorneys for Plaintiff*
360 Lexington, Avenue 11th Floor
New York, New York 10017-6502
(212) 397-1000

To
Attorney(s) for Defendants _____

Service of a copy of the within _____ is hereby admitted.
Dated:
Attorney(s) for Plaintiff _____

Sir:

☐ Please take notice that the within is a (certified) true copy of a _____
duly entered in the Office of the Clerk of the within named Court on _____, 20___

☐ Please take Please take notice that an Order of _____
which the within is a true copy will be presented for settlement to the Hon. _____
one of the Judges of the within named Court, at _____ on _____, 20___
at ____:____ ☐ a.m./ ☐ p.m.

**NAPOLI SHKOLNIK** PLLC
ATTORNEYS AT LAW

360 LEXINGTON AVENUE
11TH FLOOR
NEW YORK, NY 10017
NAPOLILAW.COM



quadient
FIRST-CLASS MAIL
IMI
$001.59
09/06/2023 ZIP 10118
043M30238628

US POSTAGE

# EXHIBIT B

Case 1:20-cv-02666-NRB   Document 78-2   Filed 10/04/23   Page 1 of 12

**Full docket text for document 74:**
ENDORSED LETTER addressed to Counsel from Naomi Reice Buchwald, United States District Judge dated 8/25/2023 re: defendant's letter requesting permission to make a motion for summary judgment. ENDORSEMENT: The Court has reviewed defendants letter requesting permission to make a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based upon Administrative Code § 7-201, see ECF No. 69, and the parties subsequent letters in opposition and further support, see ECF Nos. 70-73. It does not appear that additional discovery is necessary before the City files its proposed motion. Should that not be the case, or if any other issue arises that might meaningfully impact plaintiffs ability to respond to the motion, such issue may be raised after the motion has been filed. Therefore, the Court will permit the City to make its motion, and the parties should confer and propose a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of the Citys motion to the filing of its reply. Furthermore, for the avoidance of doubt, any schedule set by Judge Koeltl in 2020 is no longer operative, and the caption of the case should be corrected on all future filings by the parties to reflect that this case is in front of the undersigned. (Signed by Judge Naomi Reice Buchwald on 8/25/2023) (ate) Modified on 8/25/2023 (ate).

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2023 16:05:39 | | | |
| **PACER Login:** | alexandrahastings | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:20-cv-02666-NRB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT C

Case 1:20-cv-02666-NRB Document 78-3 Filed 10/30/23 Page 11 of 13

| | |
|---|---|
| **From:** | Hastings, Alexandra (Law) |
| **To:** | "jnapoli@napolilaw.com" |
| **Cc:** | "sdurri@hpmb.com" |
| **Subject:** | RE: 1:20-cv-02666-NRB - Quinn et al v. City of New York |
| **Date:** | Thursday, September 28, 2023 10:34:27 AM |

Hi Mr. Napoli,

Per the Judge's recent decision, which indicated that no additional discovery is necessary before the City files its motion, below please find my proposed briefing schedule. I have extended the dates as I have not heard from you following my first e-mail. I have included a copy of the Order below.

Please let me know if the dates are acceptable, and I will prepare a formal briefing schedule to be filed with the court.

City's motion for summary judgment to be filed by 11/30/23. Opposition to be filed by 1/8/23. Reply to be filed by 1/29/23.

Thank you.

**ENDORSED LETTER addressed to Counsel from Naomi Reice Buchwald, United States District Judge dated 8/25/2023 re: defendant's letter requesting permission to make a motion for summary judgment. ENDORSEMENT: The Court has reviewed defendants letter requesting permission to make a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure based upon Administrative Code § 7-201, see ECF No. 69, and the parties subsequent letters in opposition and further support, see ECF Nos. 7073. It does not appear that additional discovery is necessary before the City files its proposed motion. Should that not be the case, or if any other issue arises that might meaningfully impact plaintiffs ability to respond to the motion, such issue may be raised after the motion has been filed. Therefore, the Court will permit the City to make its motion, and the parties should confer and propose a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of the Citys motion to the filing of its reply. Furthermore, for the avoidance of doubt, any schedule set by Judge Koeltl in 2020 is no longer operative, and the caption of the case should be corrected on all future filings by the parties to reflect that this case is in front of the undersigned. (Signed by Judge Naomi Reice Buchwald on 8/25/2023) (ate)**

Best,

Alex

**Alexandra Hastings**
Senior Counsel
New York City Law Department
Tort Division | Special Litigation Unit
E | ahasting@law.nyc.gov

P |  212-356-7179

**PRIVILEGED AND CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure.  The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender.  Any unauthorized review, use, disclosure or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

---

**From:** Hastings, Alexandra (Law)
**Sent:** Monday, August 28, 2023 10:53 AM
**To:** 'jnapoli@napolilaw.com' <jnapoli@napolilaw.com>
**Cc:** 'sdurri@hpmb.com' <sdurri@hpmb.com>
**Subject:** 1:20-cv-02666-NRB - Quinn et al v. City of New York

Hi Mr. Napoli,

Per the Judge's recent decision, below please find my proposed briefing schedule for the City's motion.  Please let me know if acceptable.  Thank you.

City's motion for summary judgment to be filed by 10/31/23.  Opposition to be filed by 12/8/23.  Reply to be filed by 12/29/23.

Best,

Alex


**Alexandra Hastings**
Senior Counsel
New York City Law Department
Tort Division | Special Litigation Unit
E | [ahasting@law.nyc.gov](mailto:ahasting@law.nyc.gov)
P |  212-356-7179

**PRIVILEGED AND CONFIDENTIALITY NOTICE:** This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure.  The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender.  Any unauthorized review, use, disclosure or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.