**HPM&B**
ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY 10016-1601
TEL: (212) 286-8585   FAX: (212) 490-8966
WWW.HPMB.COM

**Silvia D. Manashirov**
Partner
smanashirov@hpmb.com

September 29, 2023

> Application to quash or strike plaintiff's Notice to Admit is granted.
>
> SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: October 13, 2023
> New York, New York

**VIA ECF**
Honorable Naomi Reice Buchwald
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Francis P. Quinn, Jr. and Lori A. Quinn, plaintiff v. City of New York, et. al.,
 defendant/third-party plaintiff, v. Consolidated Edison, Inc., third-party defendant
 20-CV-2666 (NRB)
 Our File:  710-1108

Dear Judge Buchwald:

We represent third-party defendant Consolidated Edison Company of New York, Inc. ("Con Edison") in this action.

We respectfully submit this letter motion seeking to quash plaintiffs' Notice to Admit, dated September 5, 2023, which plaintiffs' counsel served on the undersigned at our office on September 11, 2023.  The Notice to Admit is attached to this letter motion as Exhibit "A".

Your undersigned respectfully requests the Court strike and/or deem a nullity plaintiffs' Notice to Admit for the following reasons:

1) Plaintiffs' counsel did not serve the Notice to Admit on the City. Indeed, the City is not a named recipient.  The City has confirmed to me that they did not receive the Notice;

2) The address stated in the Notice does not exist; and most importantly,

3) The timing of the Notice is inappropriate given:

   a. Pursuant to your Honor's August 25, 2023 Decision granting the City's request for permission to make a motion for summary judgment pursuant to Rule 56 of the Federal Rule of Civil Procedure, your Honor concluded additional discovery was not necessary before the City filed its motion, but if that proved not be the case, further discovery may be raised after the City's motion has been filed.

   b. Your Honor deemed inoperative any discovery schedule set by Judge Koeltl in 2020; and

2792972.1

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK   |   CONNECTICUT   |   WESTCHESTER   |   LONG ISLAND

Honorable Naomi Reice Buchwald
Re:  Quinn v. Con Edison
September 29, 2023
Page - 2 -



    c. This Honorable Court granted Con Edison a Stay in this action from answering and/otherwise engaging in discovery pending the City's motion for summary judgment.

  Furthermore, given the Release from plaintiffs to Con Edison pursuant to their settlement in the prior action, plaintiffs cannot and should not be permitted to seek any further discovery from Con Edison in connection with pursuing their claims in this subsequent action. Plaintiffs had ample opportunity to obtain the information requested in their Notice to Admit in the prior action against Con Edison pursuant to FRCP, Rule 26(b)(2)(C).

  Accordingly, your undersigned respectfully requests the Court quash or strike plaintiffs' Notice to Admit dated September 5, 2023 as to Con Edison and/or deem same a nullity. Alternatively, your undersigned respectfully requests permission to make a motion for a Protective Order pursuant to Federal Rules of Civil Procedure, Rule 26(c).

  Thank you for your consideration.

                Respectfully submitted,

                Silvia D. Manashirov, Esq. (SDM 5307)

SDM:vm
Enclosure

cc: **VIA ECF**

   The City of New York
   100 Church Street
   New York, New York 10007

   Joseph Napoli, Esq.
   Napoli Shkolnik PLLC
   Attorneys for Plaintiffs
   360 Lexington Avenue, 11th Floor
   New York, New York 10017

2792972.1

# Exh. A

**HEIDELL PITTONI MURPHY & BACH, LLP**
Attorneys for Third-Party Defendants
Consolidated Edison, Inc.
99 Park Avenue
New York New York 10016
(212) 286-8585

Case 1:20-cv-02666-NRB Document 78-1 Filed 10/13/23 Page 4 of 8

| | |
|---|---|
| FRANCIS PAUL QUINN, JR., and LORI ANN QUINN,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　　　　　Defendants.<br>_____<br>THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　Third-Party Plaintiff(s)<br><br>　-against-<br><br>CONSOLIDATED EDISON, INC.,<br><br>　　　　　　　　　　Third-Party Defendant(s) | Docket No.: 20-cv-2666<br><br>**NOTICE TO ADMIT**<br><br>Third-Party Action |

**PLAINTIFFS,** FRANCIS QUINN, JR., and LORI QUINN hereby request that third-party defendant CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Admit:

1. That Consolidated Edison performed maintenance or repair work on the south side of 6th Avenue at the intersection with East 53rd Street, State of New York, County of New York at any time between July 3, 2016, through July 3, 2019. See the attached photograph depicting the above referenced area and work.

2. That Consolidated Edison performed maintenance or repair work on the south side of 6th Avenue at the intersection with East 53rd Street, State of New York, County of New York at any time between July 3, 2019, through July 3, 2020. See the attached photograph depicting the above referenced area and work.

PLAINTIFFS reserve the right to amend and/or supplement the foregoing disclosures as may become necessary during the course of discovery.

Dated: New York, New York
September 5, 2023

Yours, etc.,

NAPOLI SHKOLNIK, PLLC

By: Joseph P. Napoli, Esq.
Attorneys for Plaintiffs
360 Lexington Avenue – 11th Floor
New York, New York 10017-6502
(212) 397-1000

To: **HEIDELL PITTONI MURPHY & BACH, LLP**
Attorneys for Third-Party Defendants
Consolidated Edison, Inc.
99 Park Avenue
New York New York 10016
(212) 286-8585



Docket No.: 20-cv-2666
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

FRANCIS PAUL QUINN, JR., and LORI ANN QUINN,

Plaintiffs,

-against-

THE CITY OF NEW YORK and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION.

Defendants.

## PLAINTIFF'S NOTICE TO ADMIT

### NAPOLI SHKOLNIK, PLLC.
*Attorneys for Plaintiff*
360 Lexington, Avenue 11th Floor
New York, New York 10017-6502
(212) 397-1000

To
Attorney(s) for Defendants _____

Service of a copy of the within _____ is hereby admitted.
Dated:
Attorney(s) for Plaintiff _____

Sir:

☐ Please take notice that the within is a (certified) true copy of a _____
duly entered in the Office of the Clerk of the within named Court on _____, 20___

☐ Please take Please take notice that an Order of _____
which the within is a true copy will be presented for settlement to the Hon. _____
one of the Judges of the within named Court, at _____ on _____, 20___
at ___:___ ☐ a.m./ ☐ p.m.