**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FRANCIS PAUL QUINN JR. and LORI ANN QUINN,
                Plaintiffs,

                                                                                           20 **CIVIL** 2666 (NRB)

        -against-


THE CITY OF NEW YORK and THE NEW YORK CITY
DEPARTMENT OF TRANSPORTATION,
                Defendants.
------------------------------------------------------------------X
THE CITY OF NEW YORK and THE NEW YORK
CITY DEPARTMENT OF TRANSPORTATION,
                Third-Party Plaintiffs,

                                                                                          **JUDGMENT**

        -against-


CONSOLIDATED EDISON, INC.,
                Third-Party Defendant.
------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated September 26, 2024, the City defendants' motion for summary judgment is granted in its entirety and plaintiffs' complaint is dismissed. Further, because there is no longer a predicate for any of the City defendants' claims against ConEd, ECF No. 21, which have been stayed pending the outcome of the City defendants' motion for summary judgment, ECF No. 76, those claims are also dismissed. Judgment is entered for the defendant.

**Dated:**  New York, New York

      September 26, 2024                                       **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                            **BY:**
                                                                **Deputy Clerk**